# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

Terrance Debose,

        Plaintiff,

vs.

Cuyahoga County, *et al.*,

        Defendants.

DATE: July 25, 2024

CASE NO. 1:21-cv-02240-DAR

JUDGE DAVID A. RUIZ

MAGISTRATE JUDGE JONATHAN D. GREENBERG

ECRO: C. McCardle

---

Attorney for Plaintiff:
Paul J. Cristallo

Attorneys for County Defendants:
Matthew D. Greenwell
Matthew T. Fitzsimmons , IV

Plaintiff/Representative:
Terrance Debose

Defendant/Representative:
Greg Huth

Attorney for Defendant Dugan:
Michael E. Murman

Defendant/Representative:
Timothy Dugan

Attorneys for Defendant Evans:
Tyler K. Amick
Denise A. Dickerson

Defendant/Representative:
Nicholas Evans

---

PROCEEDINGS: A mediation conference was conducted with the above participants on July 25, 2024. The parties were able to reach an agreement. The parties shall file a stipulated notice of dismissal with prejudice by close of business (5:00 p.m.) on November 8, 2024. The Court shall retain jurisdiction to enforce the settlement agreement.

<u> 6 hrs 15 min</u>
Total Time

<u>s/ Jonathan D. Greenberg</u>
United States Magistrate Judge